UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 19 CR 772 |
| DAQUAN O. PIERCE | Hon. Matthew F. Kennelly |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby submits the following Motion to Dismiss the Indictment:

Pursuant to Federal Rule of Criminal Procedure 48(a), the government moves to dismiss the indictment in this case without prejudice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/Stephen L. Heinze*
Stephen L. Heinze
Assistant United States Attorney

Date: September 23, 2020